COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Alpha HOLDER, Petitioner

No. 294 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

### ORDER

PER CURIAM

**AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.